**FILED**

APR 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAWN M. BAUER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08 0630 |
| | ) |
| HILLARY RODHAM CLINTON, | ) |
| | ) |
| Defendant. | ) |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED the complaint is DISMISSED with prejudice.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: 3/20/08

/s/ Rosemary M. Collyer
United States District Judge